1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>REAL PROPERTY LOCATED AT 14883 JOHNSON DRIVE, OROSI, CALIFORNIA, TULARE COUNTY, APNs: 035-260-007-000 and 035-260-010-000 (PARCEL 2) and APN: 035-260-012 (PARCEL 3), INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>        Defendant. | 1:09-CV-00307-OWW-SMS<br><br><br><br>                    ORDER |

ORDERED, this 20th day of January 2010, that Claimant, PATSY WILLMORE, in this manner be permitted to withdraw her claim with prejudice and it is FURTHER ORDERED that said claim are withdrawn.

It is so ORDERED....

                                  /s/ OLIVER W. WANGER
                                  U.S. District Judge

1